IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:13-CV-12-FL

| | |
|---|---|
| RID-A-PEST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER ALLOWING STAY** |
| v. ) | **OF ALL PROCEEDINGS** |
| ) | |
| AMERICAN AUTOMOBILE ) | |
| INSURANCE COMPANY and ) | |
| FIREMAN'S FUND INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER COMING ON TO BE HEARD, and being heard upon the parties' Consent Motion to Stay in order to allow the parties to conduct an early mediation. The parties have tentatively scheduled mediation the week of October 28, 2013. Further, it appears to the Court that a stay would serve the interests of judicial economy and efficient case administration.

THEREFORE, it is hereby ORDERED that the parties' Consent Motion to Stay is GRANTED and all proceedings in this matter are stayed up through and including November 4, 2013 pending the outcome of the parties' mediation.

SO ORDERED, this the 28th day of August, 2013.

_____
The Honorable Louise W. Flanagan
United States District Court Judge

1